3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

D-1   CHARLES BOHANON,

    Defendant.
_____/

Case: 2:08-cr-20477
Judge: Zatkoff, Lawrence P
MJ: Komives, Paul J
Filed: 09-16-2008 At 04:08 PM
INFO USA V. BOHANON (TAM)

VIOLATION:
    Embezzlement of Union Assets
    29 U.S.C. § 501(c)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### (29 U.S.C. § 501(c) - Embezzlement of Union Assets)

D-1   CHARLES BOHANON

From approximately September 2003, to approximately January 2005, in the Eastern District of Michigan, CHARLES BOHANON, Defendant herein, while acting as Secretary-Treasurer of the Brotherhood of Locomotive Engineers and Trainmen (BLET), Division 1, a labor organization engaged in an industry affecting interstate commerce, did engage in an ongoing scheme where he embezzled, stole and unlawfully and willfully abstracted and

converted to his own use, the moneys, funds, securities, property, or other assets of said labor organization by writing unauthorized checks to himself drawn on the union's checking account, by making unauthorized cash withdrawals from the union's checking account, and by making an unauthorized purchase with union funds, in the approximate amount of Eighteen Thousand Seventy Four and 23/100 Dollars ($18,074.23).

All in violation of Title 29, United States Code, Section 501(c).

Respectfully submitted,

TERRENCE G. BERG
Acting United States Attorney

_____
JAMES M. WOUCZYNA (P22562)
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9642
E-Mail: Jim.Wouczyna@usdoj.gov

DATED: September 16, 2008

**ORIGINAL**

# Criminal Case Cover Sheet

United States District Court
Eastern District of Michigan

Case: 2:08-cr-20477
Judge: Zatkoff, Lawrence P
MJ: Komives, Paul J
Filed: 09-16-2008 At 04:08 PM
INFO USA V. BOHANON (TAM)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to c...

| Companion Case Information | |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | |
| Yes ___   No  XX | AUSA's Initials: _____ |

**Case Title:** UNITED STATES v.   D-1   CHARLES BOHANON

**County where offense occurred:** Wayne

**Check One:**   XXX  Felony       ___ Misdemeanor       ___ Petty

- ■ Information; no prior complaint.
- ☐ Indictment based upon prior complaint [Case number: _____ ]
- ☐ Indictment ___ Information ___ based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information:

**Superseding to Case No:** _____   **Judge:** _____

- ☐ Original case was terminated; no additional charges or defendants.
- ☐ Corrects errors; no additional charges or defendants.
- ☐ Involves, for plea purposes, different charges or adds counts.
- ☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges |
|---|---|
| | |

September 16, 2008
Date

JAMES M. WOUCZYNA (P22562)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9642
E-Mail: Jim.Wouczyna@usdoj.gov

---

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/1/99